**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 21, 2020

<u>Via ECF</u>

Honorable Gabriel Gorenstein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   <u>United States v. Frederick Scheinin</u>, 20 Mag. 651 (UA)

Dear Judge Gorenstein:

    I write to update the Court on the status of the satisfaction of Mr. Scheinin's conditions of release and to respectfully request that the Court permit Mr. Scheinin's release today.

    Mr. Scheinin was presented before Magistrate Judge Parker on Friday, January 17, 2020, and the Court ordered his release on the following conditions:

> A $100,000 personal recognizance bond, co-signed by two financially responsible individuals, travel limited to the Southern and Eastern Districts of New York, the surrender of travel documents with no new travel applications, strict pretrial supervision as directed by Pretrial Services, home detention with electronic monitoring, a ban on the possession of firearms, destructive devices or dangerous weapons, a ban on the possession of internet capable devices and internet access unless for employment purposes, computer monitoring of any devices required for employment, a ban on unsupervised contact with minors, access to social media, and possession of child pornography, and a requirement to reside at the home of Mr. Scheinin's parents in Long Island.

    Earlier today, the two financially responsible individuals (Mr. Scheinin's parents) were interviewed and approved by the United States Attorney's office. Mr. Scheinin has been produced for release today. I have spoken with an officer in the Location Monitoring Unit of the Pretrial Services office who informs me that the Unit plans to visit Mr. Scheinin's home on Thursday. They have also informed me that they can put the electronic monitoring ankle bracelet on Mr. Scheinin this afternoon.

Hon. Gabriel Gorenstein                                      January 21, 2020
United States Magistrate Judge                                         Page 2

**Re:     United States v. Frederick Scheinin, 20 Mag. 651 (UA)**

      In light of these facts, we respectfully request that the Court permit Mr. Scheinin to sign his bond and be released today. Mr. Scheinin has been incarcerated since Thursday, January 16, 2020. Unfortunately, Pretrial Services was unable to arrange the home visit today, but has spoken with Mr. Scheinin's family and will conduct the visit on Thursday. The defense submits that the signatures of his family members on the $100,000 bond, combined with the attachment of the ankle bracelet today and the home visit on Thursday, are sufficient to meet the standards for Mr. Scheinin's release. In consequence, we respectfully request that the Court permit Mr. Scheinin to sign his bond and be released this afternoon.

      In light of the time of day, I respectfully request that someone in the Clerk's office notify us if Your Honor so-orders this letter so we can reach out to the government and pretrial to arrange Mr. Scheinin's signature and release.

      Thank you for your time and attention to this matter.

                                                  Respectfully submitted,

                                                  _____
                                                  Tamara L. Giwa
                                                  Assistant Federal Defender
                                                  212-417-8719


                         **SO ORDERED:**

                         _____
                         **HONORABLE GABRIEL GORENSTEIN**
                         **United States Magistrate Judge**


CC:   AUSA Nicholas Chiuchiolo (via email)
      Pretrial Officer John Moscato (via email)