# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 15, 2020

**Via ECF**

Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 18.

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dated: April 16, 2020
New York, New York

*[signature]*

**LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE**

Re:   *United States v. Frederick Scheinin,* 20 CR 133 (LGS)

Dear Judge Schofield:

With the consent of the Government and Pretrial Services, I write to request a temporary modification of Mr. Scheinin's bail conditions to allow him to leave his home twice a week to go to the grocery store and the pharmacy. Mr. Scheinin is currently living with his parents, and would like to minimize their potential exposure to COVID-19 due to their age and underlying health conditions. The requested modification would end on September 3, 2020.

While out on bail Mr. Scheinin has been compliant with all mandates set forth by the Court and Pretrial Services. Mr. Scheinin reports regularly to Pretrial Services, and is in regular communication with my office.

Thank you for your consideration of this application.

Respectfully submitted,

*[signature]*

Tamara L. Giwa
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8719

Cc:   AUSA Nicholas Chiuchiolo (via ECF)
       Pretrial Services Officer John Moscato (via email)