**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 6, 2020

**Via ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Frederick Scheinin,* 20 CR 133 (LGS)

Dear Judge Schofield:

      With the consent of the Government and Pretrial Services, I write to request a modification of Mr. Scheinin's bail conditions to permit him to leave the home for social visits, subject to approval by Pretrial Services. All other bail conditions would remain the same.

      While out on bail Mr. Scheinin has been compliant with all mandates set forth by the Court and Pretrial Services. Mr. Scheinin reports regularly to Pretrial Services, and is in regular communication with my office.

Thank you for your consideration of this application.

                Respectfully submitted,

                Tamara L. Giwa
                Assistant Federal Defender
                Federal Defenders of New York
                (212) 417-8719

Cc:    AUSA Nicholas Chiuchiolo (via ECF)
        Pretrial Services Officer John Moscato (via email)