UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,
                            Plaintiff,

                        20 Cr. 133 (LGS)

              -against-

    FREDERICK L. SCHEININ,              SCHEDULING ORDER
                           Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS a status is currently scheduled for December 17, 2020. It is hereby,

    **ORDERED** that the status conference is adjourned to **December 17, 2020, at 11:30 a.m.** and will be conducted via teleconference. The parties, members of the press and public may dial into this hearing using conference call number (888) 363-4749, and access code 558-3333.

Dated: December 16, 2020
       New York, New York

                                                               LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE