UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
UNITED STATES OF AMERICA,                                     :
                    Plaintiff,                         :
                                                              :   20 Cr. 133 (LGS)
          -against-                                         :
                                                              :   ORDER
FREDERICK L. SCHEININ,                                        :
                  Defendant(s).                       :
                                                              :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to COVID-19 procedures permitting trials only in certain courtrooms, a confirmed courtroom assignment has been set for a trial in this case to begin on June 16, 2021.  It is hereby

**ORDERED** that counsel shall appear for a telephonic conference with the Court on **April 16, 2021, at 4:30 p.m.**, on the following conference call line: 888-363-4749, access code 558-3333.

SO ORDERED.

Dated: April 15, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**