UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                        :
                 Plaintiff,              :
:     20 Cr. 133 (LGS)
       -against-                                :
:     ORDER
FREDERICK L. SCHEININ,                           :
                Defendant.            :
:
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a telephonic conference was held on April 16, 2021, at 4:30 p.m. to discuss the June 16, 2021, trial date in this matter;

    WHEREAS, Defendant requested an adjournment of the trial date, and the Government did not oppose the request. It is hereby

    **ORDERED** that the parties shall file a joint letter by **April 30, 2021**, that (1) explains how much time is necessary for any discussions related to the mitigation process or a potential plea agreement, (2) proposes three dates in the third quarter for which the parties are both available for trial and (3) states whether the parties seek to have any time after June 21, 2021, excluded under the Speedy Trial Act, and the basis for the exclusion.

    SO ORDERED.

Dated: April 16, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                              **UNITED STATES DISTRICT JUDGE**