

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 30, 2021

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Frederick L. Scheinin*, 20 Cr. 133 (LGS)

Dear Judge Schofield:

    The parties jointly write in response to the Court's directive to provide dates that both parties are available for a trial in the above-referenced matter. The parties are available on the following dates: July 1 through July 23; August 9 through August 13; and September 27 through October 1. The Court previously excluded time from Speedy Trial Act calculation until June 21, 2021. (Dkt. 28.) In the event that the Court adjourns the June 21, 2021 trial date, the Government respectfully requests that the Court exclude time until the new trial date, pursuant to 18 U.S.C. § 3161(h)(7)(A). The exclusion of time is necessary for the defense to prepare for trial and continue discussions about a possible pretrial disposition of this matter. The defendant, through counsel, consents to the proposed exclusion of time.

    Very truly yours,

    AUDREY STRAUSS
    United States Attorney

by: _____
    Nicholas W. Chiuchiolo
    Assistant United States Attorney
    (212) 637-1247

cc:  Tamara Giwa, Esq. (by ECF)