**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 20, 2021

**VIA ECF and EMAIL**
Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Frederick Scheinin**
       **20 Cr. 133 (JSR)**

Dear Judge Rakoff,

    We write to propose a limiting instruction regarding the 404(b) material that has been admitted:

> The government has presented evidence of online chats that Mr. Scheinin had with individuals other than the undercover agent. Mr. Scheinin is not on trial for those alleged acts; he is not charged with any crimes related to those chats, or any crimes other than those alleged in the indictment. The evidence of his online chats with other individuals was admitted only for a limited purpose. You may consider it only to help you decide whether Mr. Scheinin acted with the intent and knowledge required to commit the charged crimes. It is for you to decide how much weight to give this evidence for the purpose I just described.
>
> Because this evidence was admitted for a limited purpose, you may not consider it for any other purpose. You may not consider this evidence as a substitute for proof that Mr. Scheinin committed the charged crimes. You also may not consider it as evidence that he has a bad character, or that because he committed some other act, he must also have committed the crimes charged in the indictment. That would be improper.

Thank you for your consideration.

Respectfully submitted,

/s/
Tamara Giwa
Sylvie Levine
Counsel for Mr. Scheinin