

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 22, 2021

**BY ECF**

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Frederick L. Scheinin*, 20 Cr. 133 (JSR)

Dear Judge Rakoff:

    The Government respectfully submits the attached letter from the Federal Bureau of Prisons in response to defense counsel's July 16, 2021 letter motion.  (*See* Dkt. No. 58.)

    In addition, the Government has learned from the U.S. Marshals, today, that the New York City Office of the Chief Medical Examiner ("OCME") anticipates that a final lab report in the Scheinin case will be complete on or about August 8, 2021.  We understand that the OCME requires the final lab report in order to reach a final conclusion on the cause of death

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

by: /s/_____
    Nicholas W. Chiuchiolo / Daniel G. Nessim
    Assistant United States Attorneys
    (212) 637-1247 / 2486

cc: Tamara Giwa, Esq., and Sylive Levine, Esq.