

**U.S. DEPARTMENT OF JUSTICE**
**Federal Bureau of Prisons**
*Metropolitan Detention Center*

*80 29th Street*
*Brooklyn, New York 11232*

July 22, 2021

Honorable Jed S. Rakoff
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **Fredrick Scheinin**, Reg. No 76394-054
             Case No. 20 Cr. 133 (JSR)

Dear Judge Rakoff:

Thank you for the opportunity to respond to defense counsel's July 16, 2021, letter in which they seek Your Honor's *in camera* review of various Bureau of Prisons documents which may relate to Fredrick Scheinin, Register Number 76394-054.

The BOP opposes the in camera review proposed by defense counsel. In response to Your Honor's request, MDC Brooklyn will provide the Court with a copy of its mortality review report once it has been finalized. This report draws on many of the materials requested by defense counsel for an in camera review. As you are aware, we are currently waiting to receive the autopsy and toxicology reports from the Kings County Medical Examiner's office. The BOP will be in a position to finalize its mortality review upon receipt and review of those materials from the medical examiner. We trust that the mortality review report will contain information responsive to Your Honor's concerns. Accordingly, the BOP believes that defense counsel's request is at best premature at this juncture and should be denied. Once the mortality review is finalized defense may request the report through FOIA.

Respectfully submitted,

/s/ *Sophia Papapetru*

**Sophia Papapetru**