```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
UNITED STATES OF AMERICA,               :
                                        :
                                        :  20-cr-133 (JSR)
        -v-                             :
                                        :  ORDER
                                        :
FREDERICK SCHEININ,                     :
                                        :
                Defendant.              :
---------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    The Court is in receipt of a letter from defendant's counsel, the Federal Defenders of New York, dated July 16, 2021, ECF 58, requesting that the Court conduct an <u>in camera</u> review of the records and circumstances surrounding the death of Frederick Scheinin. Mr. Scheinin was found dead at the Metropolitan Detention Center in Brooklyn on the morning after he was remanded to the custody of the Bureau of Prisons, following his conviction by a jury in a trial before this Court. The Court has also received a letter dated July 22, 2021 from the Bureau of Prisons in response, ECF 59, opposing the inquiry request but promising to supply the Court with the Bureau's "mortality review report once it has been finalized." In a cover letter forwarding the letter from the Bureau of Prisons, the U.S. Attorney's Office, while not taking a position on the Federal Defenders' request, indicates that the autopsy being conducted by the New York City Office of the Chief Medical Examiner will be completed on or about August 8, 2021. <u>Id.</u> Finally, the Court has

1

received a letter from the Federal Defenders, dated July 26, 2021, ECF 60, reiterating its request for an independent review by the Court and noting, inter alia, that the Federal Defenders have received information that Mr. Scheinin did not receive the medical attention ordered by this Court in connection with Mr. Scheinin's remand. See ECF 45 (ordering administration of six medications upon remand).

The Court believes it would be helpful to hold oral argument on the Federal Defenders' application, but that such argument should await the receipt of the results of the autopsy being conducted by the New York City Office of the Chief Medical Examiner and, if it can be completed reasonably promptly thereafter, the Bureau of Prisons' mortality review report. Accordingly, the Court hereby schedules oral argument for August 16, 2021 at 4:15 p.m. in Courtroom 14B, at which counsel for the Federal Defenders, the Bureau of Prisons, and the U.S. Attorney's Office must appear.

SO ORDERED

Dated:   New York, NY
       July 28, 2021                            _____
                                                           JED S. RAKOFF, U.S.D.J.