

# Metropolitan Detention Center
# Brooklyn, New York
# Incident Photo Sheet

| Type of Incident | Death Of Inmate |
|---|---|
| Date and Time of Incident | 6/23/2021@6:20am |
| Inmate(s) Name/Reg. No. | Scheinin, Fredrick Reg. No. 76394-054 |
| Location of Incident | W SHU / Z04-119 |
| If Applicable/Evidence Recovered by | SIS R Fields |
| Photograph(s) by | SIS R Fields |
| Date and Time of Photo | 6/23/2021@10:05 am |



> For DOJ OIG
> AUSA Nicholas Chiuchiolo and AUSA Daniel Nessem are murderers. They allowed Dr. Adelson to continue prescribing opiods for two years and would not allow the DEA to perform its regulatory obligation to protect public health. They wanted 1 million pills on the street before they made their arrest. The 1 million pills over a 2 year period was more important to them than protecting the publics health. The DEA could have revoked Dr. Adelson's DEA registration or contacted him on a regulatory basis. They would →

Photo # 25



# Metropolitan Detention Center
## Brooklyn, New York
## Incident Photo Sheet

| | |
|---|---|
| Type of Incident | Death Of Inmate |
| Date and Time of Incident | 6/23/2021@6:20am |
| Inmate(s) Name/Reg. No. | Scheinin, Fredrick Reg. No. 76394-054 |
| Location of Incident | W SHU / Z04-119 |
| If Applicable/Evidence Recovered by | SIS R Fields |
| Photograph(s) by | SIS R Fields |
| Date and Time of Photo | 6/23/2021@10:05 am |



not allow DEA Diversion to do anything to stop his endless tirade of overprescribing as they wanted him to continue doing it over 2 years so they could arrest him. They are personally responsible for all the destruction caused by not allowing DEA Diversion to do its job.

Photo # 2b