UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────┐
│ UNITED STATES OF AMERICA     │
│                              │
│    -v-                       │
│                              │
│ FREDERICK L. SCHEININ,       │
│                              │
│        Defendant.            │
└─────────────────────────────┘
```

20-cr-133 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On June 22, 2021, a jury convicted the defendant, Frederick L. Scheinin, of attempted production of child pornography in violation of 18 U.S.C. § 2251, attempted receipt of child pornography in violation of 18 U.S.C. § 2252A, and attempted coercion or enticement of a minor to engage in illegal sexual activity in violation of 18 U.S.C. § 2422. Following the jury's verdict, Scheinin was remanded to the custody of the U.S. Marshalls and transferred to the Metropolitan Detention Center Brooklyn. Early the next morning, Scheinin was found dead in the Metropolitan Detention Center Brooklyn's Special Housing Unit. The Court then conducted further inquiries that confirmed that the death was a suicide.

There appearing to be no further action to be taken by the Court, the Clerk is directed to close the case.

SO ORDERED.

New York, NY
November 5, 2021

_____
JED S. RAKOFF, U.S.D.J.